UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VISION BANK, Special Administrator of the Estate of Christopher Shawn Poor, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>CHANCE AVERY, and THE CITY OF THE VILLAGE,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   No. CIV-22-602-R<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Before the Court is Defendant Avery's unopposed Motion [Doc. No. 125] seeking a stay pending his appeal from the Order of September 5, 2025, which denied his motion for summary judgment on the basis of qualified immunity.

An interlocutory appeal from an order denying summary judgment on the issue of qualified immunity "divests the district court of jurisdiction to proceed with any part of the action against [the] appealing defendant." *Stewart v. Donges*, 915 F.2d 572, 576 (10th Cir. 1990).

For this reason, and because Plaintiff and co-defendant City of the Village do not object to the requested stay, the motion is GRANTED. All further proceedings in this case are stayed until Defendant Avery's appeal in the United States Court of Appeals for the Tenth Circuit is concluded. When the mandate is received, the stay will be automatically lifted, and the case will be reopened.

IT IS SO ORDERED this 9th day of September, 2025.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE